IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EMILMARY MALDONADO,<br>o/b/o FELISHA M. RIVERA<br><br>     Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>     Defendant. | CIVIL NO. 06-3041(NLH)<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed this date; **IT IS HEREBY ORDERED** on this 14th day of September, 2007, that Plaintiff's appeal is **DENIED**; and

**IT IS FURTHER ORDERED** that the final decision of the Commissioner is **AFFIRMED**.

At Camden, New Jersey

                                   s/Noel L. Hillman
                                   NOEL L. HILLMAN, U.S.D.J.